IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **Alicia Ann Cox,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 11-05034-CV-SW-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Thursday, January 19, 2012, the Court heard oral argument on *Plaintiff's Social Security Brief*, filed September 15, 2011 [Doc. 13] and the *Brief For Defendant*, filed October 28, 2011 [Doc. 14]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the January 19, 2012 oral argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                                       */s/ John T. Maughmer*
                                                      **JOHN T. MAUGHMER**
                                                      **U. S. MAGISTRATE JUDGE**